## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

January 17, 2014

_____

RESPONSE REQUESTED
_____

No. 14-1036,   Isaac Potter, Jr. v. Roberta Bren
              1:13-cv-01417-CMH-IDD

TO:    Isaac A. Potter

RESPONSE DUE: 01/30/2014

Response is required to the motion to dismiss. Response(s) must be filed by the response due date shown in this notice.

Brian Bain, Deputy Clerk
804-916-2736