UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT
LEWIS F. POWELL, JR. UNITED STATES COURTHOUSE ANNEX
1100 EAST MAIN STREET, SUITE 501
RICHMOND, VIRGINIA 23219-3517
WWW.CA4.USCOURTS.GOV

PATRICIA S. CONNOR
CLERK

TELEPHONE
(804) 916-2700

April 29, 2014

Neal L. Walters
ScottKroner PLC
418 E. Water Street
Charlottesville, VA 22902

RE:  Case No. 12-8064, <u>United States v. Jones</u>

Dear Mr. Walters:

  Thank you for accepting appointment in this appeal.

  The issue as to which a certificate of appealability will be issued is:  Whether counsel rendered ineffective assistance by failing to argue that Jones had standing to move to suppress the evidence seized.

  Should you conclude that any other issue or issues would benefit from briefing and oral argument, you may move to expand the certificate of appealability pursuant to Fourth Circuit Local Rule 22(a)(2)(A).

  The maximum authorized compensation is $7,000.  A maximum hourly rate of $126 applies to both in-court and out-of-court work.  Any compensation issues should be addressed to Deputy Clerk Patty Layne at (804) 916-2700.

  The case manager assigned to this appeal, Sharon Wiley, will assist you with any procedural inquires; she also can be reached at (804) 916-2700.  Please contact me at (804) 916-2900 for any other assistance.

  You will be notified as to the briefing schedule promptly after it is established by the Clerk's Office.  The electronic record on appeal is available through PACER.  The Clerk's Office will provide you with instructions for registering for a fee-exempt PACER account.

Neal L. Walters
April 29, 2014
Page 2

      We appreciate your assistance to the Court in accepting this appointment.

Very truly yours,

Robert W. Jaspen

RWJ/kdd

cc:    Jermarl Albert Jones
       John Francis Purcell, Jr., Esq.