FILED: April 29, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 12-8064
(1:06-cr-00057-CCB-3; 1:10-cv-02771-CCB)

UNITED STATES OF AMERICA,

   Plaintiff - Appellee,

 v.

JERMARL ALBERT JONES, a/k/a Jamal Miles,

   Defendant - Appellant.

O R D E R

   Jermarl Albert Jones seeks to appeal the district court's order denying relief on his 28 U.S.C. § 2255 (2012) motion.  We grant Jones leave to proceed in forma pauperis and grant Jones' motion for a certificate of appealability on the following issue: whether counsel rendered ineffective assistance by failing to argue that Jones had standing to move to suppress the evidence seized.  We deny Jones' motion for a certificate of appealability as to all other claims and deny as moot his supplemental motion for a certificate of appealability.

By separate orders, the Clerk will enter a briefing schedule and appoint counsel to represent Jones.

For the Court

/s/ Patricia S. Connor, Clerk