FILED: August 19, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-1434
(2:13-cv-00173-MSD-DEM)

_____

WORLD FUEL SERVICES TRADING, DMCC, d/b/a Bunkerfuels

       Plaintiff - Appellee

v.

HEBEI PRINCE SHIPPING COMPANY, LTD.

       Claimant - Appellant

and

M/V HEBEI SHIJIAZHUANG, her engines, tackle, equipment, appurtenances, etc., in rem

       Defendant

T. PARKER HOST, INC.

       Claimant

_____

O R D E R

_____

The court extends the briefing schedule as follows:

Response brief due: 09/10/2014

Any reply brief: 14 days from service of response brief.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk