FILED: June 26, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-4892 (L)
(1:12-cr-00022-JPJ-PMS-4)

_____

UNITED STATES OF AMERICA

       Plaintiff - Appellee

v.

DAVID STEPHEN MORGAN, a/k/a Dee, a/k/a Shotta, a/k/a Spock

       Defendant - Appellant

_____

O R D E R

_____

The court grants an extension of the briefing schedule as follows:

Appendix due: 08/01/2014

Opening brief due: 08/01/2014

Response brief due: 08/27/2014

Any reply brief: 10 days from service of response brief.

                             For the Court--By Direction

                             /s/ Patricia S. Connor, Clerk