## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

LEWIS F. POWELL, JR. UNITED STATES COURTHOUSE ANNEX
1100 EAST MAIN STREET, SUITE 501
RICHMOND, VIRGINIA 23219-3517
WWW.CA4.USCOURTS.GOV

**PATRICIA S. CONNOR**
**CLERK**

**TELEPHONE**
**(804) 916-2700**

October 29, 2013

Jesse Ryan Binnall, Esquire
BRONLEY & BINNALL, PLLC
10387 Main Street
Fairfax, VA 22030

Marcia C. Hofmann, Esquire
LAW OFFICE OF MARCIA HOFMANN
25 Taylor Street
San Francisco, CA 94102

Laurin Howard Mills, Esquire
David Alan Warrington, Esquire
LECLAIR RYAN, PC
2318 Mill Road
Alexandria, VA 22314

Ian James Samuel, Esquire
JONES DAY
290 West 12th Street
New York, NY 10014

Alexander Abraham Abdo, Esquire
AMERICAN CIVIL LIBERTIES UNION
18th Floor
125 Broad Street
New York, NY 10004-2400

Mahesha Padmanabhan Subbaraman, Esquire
ROBINS, KAPLAN, MILLER & CIRESI
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015

Kurt B. Opsahl, Esquire
ELECTRONIC FRONTIER FOUNDATION
815 Eddy Street
San Francisco, CA 94109

Re:   No. 13-4625, In re: Under Seal
      1:13-sw-00522-CMH-1; 1:13-dm-00022-CMH-1

Dear Counsel:

In light of the district court's order of October 2, 2013 unsealing portions of the district court record, and the statement included in the government's response to the motion to unseal that "Appellants may be publicly identified in the caption of future pleadings and on this Court's docket and that the matter may be identified in the same manner as it is on the district court's order", please inform the court by written response, within 10 days, of your position as to whether the caption in this court should be revised to identify the appellants.

Sincerely,

/s/ Mark J. Zanchelli
_____
Chief Deputy Clerk

MJZ:cwe