# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

### RESPONSE TO COURT'S OCTOBER 29, 2013 REQUEST

No. 13-4625(L),    <u>In re: Under Seal</u>
　　　　　　　　　　1:13-sw-00522-CMH-1, 1:13-dm-0022-CMH-1

　　　　Appellants, Lavabit LLC and Ladar Levison have no objection to the caption of this case being revised to identify the Appellants.

　　　　　　　　　　　　　　　　**LAVABIT LLC**
　　　　　　　　　　　　　　　　**LADAR LEVISON**
　　　　　　　　　　　　　　　　**By Counsel**

<u>/s/ Jesse R. Binnall</u>
Jesse R. Binnall, VSB# 79292
Bronley & Binnall, PLLC
10387 Main Street, Suite 201
Fairfax, Virginia 22030
(703) 229-0335 Telephone
(703) 537-0780- Facsimile
jbinnall@bblawonline.com
*Counsel for Lavabit LLC and Ladar Levison*

1

<u>Certificate of Service</u>

  I certify that on this 30th day of October, 2013, this Response to Court's October 29, 2013 Request was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by serving a true and correct copy at the addresses listed below:

James L. Trump
Senior Litigation Counsel
United States Attorney's Office
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, VA 22314
jim.trump@usdoj.gov

Michael Phillip Ben'Ary
United States Attorney's Office
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, Virginia 22314

Alexander Abraham Abdo
AMERICAN CIVIL LIBERTIES UNION
18th Floor
125 Broad Street
New York, NY 10004-2400

Mahesha Padmanabhan Subbaraman
ROBINS, KAPLAN, MILLER & CIRESI
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55401-2015

Kurt B. Opsahl
ELECTRONIC FRONTIER FOUNDATION
815 Eddy Street
San Francisco, CA 94109

            /s/ Jesse R. Binnall
            Jesse R. Binnall