# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT
1100 East Main Street, Suite 501, Richmond, Virginia 23219

April 3, 2017

_____

RESPONSE REQUESTED
_____

No.   17-1351,      <u>Intl Refugee Assistance v. Donald J. Trump</u>
8:17-cv-00361-TDC

TO:    Nicholas David Espiritu
       Anne  Murphy
       Esther Hsiao-In Sung
       August E. Flentje
       Justin Bryan Cox
       Chad A. Readler
       Karen C. Tumlin
       Edwin Smiley Kneedler
       David Robert Rocah
       Lowell Vernon Sturgill
       Lee P. Gelernt
       Sharon  Swingle
       Cecillia D. Wang
       Daniel Stephen Schwei
       Arjun  Garg
       Cody H. Wofsy
       Douglas Neal Letter
       Omar C. Jadwat
       Jeffrey Bryan Wall
       Daniel  Mach
       H. Thomas  Byron
       Rod J. Rosenstein
       Deborah  Jeon
       Heather Lynn Weaver
       Melissa S. Keaney
       Spencer Elijah Wittmann Amdur

RESPONSES DUE: 04/06/2017

Response is required to the motion for leave to file amicus curiae brief by Victor Williams on or before 04/06/2017.

Jeffrey S. Neal, Deputy Clerk
804-916-2729