IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

| | |
|---|---|
| INTERNATIONAL REFUGEE ASSISTANCE PROJECT, et al., <br><br> Plaintiffs-Appellees, <br><br> v. <br><br> DONALD J. TRUMP, et al, <br><br> Defendants-Appellants. | No. 17-1351 <br><br> **PLAINTIFFS-APPELLEES' REPLY TO RESPONSE TO MOTION TO SUPPLEMENT THE RECORD** |

Plaintiffs welcome the government's representation that John Doe #3's wife will be permitted to enter the United States even if the injunction is lifted. Opp. 2. The government's interpretation of the Order's effective date is incorrect, however. The government asserts that "the Order's 90-day suspension will begin when the injunctions are lifted." Opp. 3. That is not what the Executive Order says. Section 2(c) bans nationals from the six designated countries "for 90 days from the effective date of this order." Section 14, entitled "Effective Date," establishes a date and time certain: "This order is effective at 12:01 a.m., eastern daylight time on March 16, 2017." The government cannot rewrite the Order in a legal filing. *See Washington v. Trump*, 847 F.3d 1151, 1165-66 (9th Cir. 2017) (declining to rely on "authoritative guidance" from the White House counsel in the absence of authority he was "empowered to issue an amended order superseding the Executive

1

Order signed by the President"). Moreover, the government has previously accepted that this provision means what it says. *See* Gov't Stay Mot., Doc. No. 35, at 11 (explaining, after the district court's injunction, that "Section 2(c)'s 90-day suspension expires in early June").

May 7, 2017

Justin B. Cox
NATIONAL IMMIGRATION LAW CENTER
1989 College Ave. NE
Atlanta, GA 30317
Tel: (678) 279-5441
Fax: (213) 639-3911
cox@nilc.org

Karen C. Tumlin
Nicholas Espíritu
Melissa S. Keaney
Esther Sung
Marielena Hincapié
NATIONAL IMMIGRATION LAW CENTER
3435 Wilshire Boulevard, Suite 1600
Los Angeles, CA 90010
Tel: (213) 639-3900
Fax: (213) 639-3911
tumlin@nilc.org

Respectfully submitted,

/s/ Omar Jadwat
Omar C. Jadwat
Lee Gelernt
Hina Shamsi
Hugh Handeyside
Sarah L. Mehta
Spencer E. Amdur
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
Tel: (212) 549-2600
Fax: (212) 549-2654
ojadwat@aclu.org

Cecillia D. Wang
Cody H. Wofsy
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
39 Drumm Street
San Francisco, CA 94111
Tel: (415) 343-0770
Fax: (415) 395-0950
cwang@aclu.org

David Cole
Daniel Mach
Heather L. Weaver
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
915 15th Street NW

2

Washington, DC 20005
Tel: (202) 675-2330
Fax: (202) 457-0805
dcole@aclu.org

David Rocah
Deborah A. Jeon
Sonia Kumar
Nicholas Taichi Steiner
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF MARYLAND
3600 Clipper Mill Road, Suite 350
Baltimore, MD  21211
Tel: (410) 889-8555
Fax: (410) 366-7838
rocah@aclu-md.org

*Counsel for Plaintiffs-Appellees*

# CERTIFICATE OF SERVICE

I hereby certify that on May 7, 2017, I electronically filed the foregoing brief with the Clerk of the Court for the United States Court of Appeals for the Fourth Circuit by using the appellate CM/ECF system. Participants in the case are registered CM/ECF users, and service will be accomplished by the appellate CM/ECF system.

/s/ Omar C. Jadwat
Omar C. Jadwat